

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00573-CV

STEVE MCCRAW, Appellant

V.

RICARDO VALDEZ GOMEZ, JR., Appellee

Appeal from the 122nd District of Galveston County.   (Tr. Ct. No. 94CR1573).

**TO THE 122ND DISTRICT OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 30th day of December 2014, the case upon appeal to revise or to reverse your order was determined.   This Court made its order in these words:

> This case is an appeal from the final order signed by the trial court on June 5, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's order contains no reversible error.   Accordingly, the Court **affirms** the trial court's order.
>
> The Court **orders** that the appellant, Steve McCraw, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered December 30, 2014.

Panel consists of Justices Higley, Bland, and Sharp.   Opinion delivered by Justice Sharp.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 13, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

